## SIMEON LITTLE v. THE STATE.

Where a defendant, convicted of a misdemeanor at the District Court, appeals from the judgment and enters into a recognizance conditioned that he "shall make his personal appearance at the Hon. District Court in obedience to law, to answer said indictment against him in case the judgment of the District Courts be reversed;" the recognizance is insufficient, and the appeal will be dismissed.

APPEAL from McLennan. Tried below before the Hon. N. M. Battle.

The appellant was indicted for selling liquor in quantities of a quart or more and unlawfully permitting the same to be drank at the place where sold. Being convicted and fined in the sum of fifty dollars, he moved for a new trial, which was refused; where-

upon he appealed and entered into recognizance conditioned as set forth in the opinion.

*F. W. Chandler,* for appellant.

*Attorney-General,* for appellee, moved to dismiss the appeal for want of a sufficient recognizance. (Art. 722, 723, Code of Crim. Procedure.)

BELL, J.—The motion made by the Attorney-General to dismiss the appeal for want of a sufficient recognizance, must be sustained. The recognizance contained in the record is conditioned "that the said Simeon Little shall make his personal appearance at the Hon. District Court in obedience to law, to answer said indictment in case the judgment of the District Court be reversed." Article 722 of the Code of Criminal Procedure provides that "when the defendant appeals in any case of misdemeanor, he shall be committed to jail, unless he enter into recognizance to appear before the District Court to abide the judgment of the Supreme Court."

The appeal is dismissed for want of a sufficient recognizance.

Dismissed.